|  |  |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF TEXAS**<br>**HOUSTON DIVISION** | United States District Court<br>Southern District of Texas<br>**ENTERED**<br>June 30, 2025<br>Nathan Ochsner, Clerk |

UNITED STATES OF AMERICA §
§
*versus* § Case No. 4:25–mj–00390
§
Otis Jose Rodriguez Garcia §

## ORDER APPOINTING COUNSEL

Because the defendant has satisfied this court that he or she is financially eligible for court-appointed counsel, the court appoints Raymundo Vazquez to represent the defendant.

Signed at Houston, Texas, on June 30, 2025.

_____
Peter Bray
United States Magistrate Judge